Arnold N. May Builders, Inc., an Illinois Corporation, Plaintiff-Appellee, v. Elaine Padjen, Defendant-Appellant.

Gen. No. 65–111.

Second District.
April 14, 1966.

James P. Moore, of Waukegan, for appellant; Hall, Meyer, Fisher, Van Deusen, Holmberg & Snook, of Waukegan, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.